# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM CODY ERWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SH1 HOLDCO LLC,<br><br>    Defendant. | Case No. \_\_\_\_-\_\_\_\_<br><br>**Jury Trial Demanded** |

## COMPLAINT

Plaintiff William Cody Erwin ("Erwin"), by his attorneys, as for this Complaint against defendants SH1 Holdco LLC ("SH1 Holdco"), alleges as follows:

## NATURE OF THE ACTION

1. Erwin brings this action to enforce a Subordinated Promissory Note, dated February 5, 2021, between SH1 Holdco and Erwin in the principal amount of $3,529,988.00 (the "Note") plus interest.[1] Erwin received the Note in exchange for the sale of his equity interest in SH1 Holdco.

2. The Note obligated SH1 Holdco to pay Erwin $3,529,988.00 plus interest on or by February 5, 2023.

---

[1] The Note is attached hereto as Exhibit A.

3.  However, SH1 Holdco has refused to pay the amount due on the Note and is in default.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) in that there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.  Defendant is subject to personal jurisdiction in this District because it is incorporated in this District, has purposefully availed itself of the rights and benefits of Delaware law, and has substantial and continuing contacts with Delaware.

6.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

7.  W. Cody Erwin is a resident of the State of Washington.

8.  The Defendant is a Delaware limited liability company.

## FACTUAL ALLEGATIONS

9.  Through a series of transactions in 2018 and 2019, SH1 Holdco acquired Jerry Erwin Associates, Inc.—a company founded by Erwin's grandfather that develops, manages, and owns senior living communities—and certain affiliated entities ("JEA").

10. When SH1 Holdco acquired JEA, it announced that the JEA's leadership team, including Erwin, would remain in place. In addition, as part of the transactions, Erwin acquired an interest in Class A Units of SH1 Holdco which he was entitled to sell back to SH1 Holdco in the event of his termination (the "Erwin Put Right").

11. Following the sale of JEA to SH1 Holdco, Erwin continued as JEA's CEO, but SH1 Holdco placed a number of people into the leadership team of JEA. It soon became clear that Erwin's authority as CEO was diminished and undermined. As a result, Erwin resigned from JEA effective July 31, 2020.

12. Erwin exercised the Erwin Put Right on August 5, 2020. SH1 Holdco was required to purchase Erwin's Units no later than February 5, 2020 and to pay the purchase price either in cash or by a promissory note with a maturity not to exceed two years from the date of closing.

13. SH1 Holdco purchased Erwin's Units on February 5, 2020 and paid the purchase price by issuing Erwin the Note (Exhibit A hereto), which obligated SH1 Holdco to pay Erwin a sum of $3,529,988.00 plus interest (the "Consideration") on or by February 5, 2023.

14. SH1 Holdco has refused to pay Erwin the Consideration due under the Note. The nonpayment is a breach of the Note.

## COUNT I

## BREACH OF CONTRACT

15. Erwin re-alleges and incorporates by reference each of the previous Paragraphs of this Complaint.

16. The Note is a valid and enforceable contract.

17. Erwin has performed all of his obligations under the Note.

18. SH1 Holdco has breached the Note by not tendering payment of the amount due on or before February 5, 2023.

19. As a result, Erwin has suffered damages in the amount of $3,529,988.00 plus interest.

## PRAYER FOR RELIEF

**WHEREFORE**, Erwin demands an Order and Judgment:

(1) determining and awarding to Erwin the damages he has sustained as a result of the breach of contract set forth herein;

(2) awarding to Erwin the costs and disbursements of the action, including reasonable attorneys' fees, accountants' and experts' fees, costs, and expenses;

(3) awarding pre- and post-judgment interest; and

(4) granting such other and further relief as the Court deems just and equitable.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury of all issues so triable.

Dated: April 14, 2023

/s/ *P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
**DELEEUW LAW LLC**
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Facsimile: (302) 351-6905
Email: brad@deleeuwlaw.com

OF COUNSEL:

Christopher J. Kayser
Thomas Bode
**LARKINS VACURA KAYSER LLP**
121 SW Morrison Street, Suite 700
Portland, OR 97204
(503) 222-4424
cjkayser@lvklaw.com
tbode@lvklaw.com