IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| WILLIAM CODY ERWIN | :: | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 23-414-MAK |
| SHI HOLDCO LLC | : | |

## ORDER

**AND NOW**, this 17th day of July 2023, upon considering the parties' Stipulation of dismissal (D.I. 34), it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. We **adjourn** the July 26, 2023 evidentiary hearing; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.